1  AARON D. FORD
    Attorney General
2  ROST C. OLSEN, Bar No. 14410
    Deputy Attorney General
3  State of Nevada
    100 N. Carson Street
4  Carson City, NV 89701-4717
    Tel: (775) 684-1209
5  E-mail: rolsen@ag.nv.gov

6  Attorneys for Defendants

7

8                     UNITED STATES DISTRICT COURT

9                           DISTRICT OF NEVADA

10 ALLEN HORTON, II,                     Case No. 3:20-cv-00047-MMD-WGC

11            Plaintiff,
                                         STIPULATION AND ORDER TO DISMISS
12 v.                                            WITH PREJUDICE

13 JENNIFER NASH, et al.,

14            Defendants.

15       This matter came before the Court for an early mediation conference on July 20,
16 2021. Upon engaging in discussions, Plaintiff, Allen Horton, II, and all Defendants in
17 this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

1  Rost C. Olsen, Deputy Attorney General, stipulate and agree that the above-captioned
2  matter is dismissed with prejudice, and each party will bear their own attorney fees and
3  costs.

                                                     AARON D. FORD
                                                     Attorney General

_____     By: /s/ Rost C. Olsen
Allen Horton, II, Plaintiff                              Rost C. Olsen, Bar No. 14410
Pro Se                                                     Deputy Attorney General
                                                      Attorneys for Defendants

Dated: 7/30/21                              Dated: July 28, 2021

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: ___August 2___, 2021.